UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BYRD, II, | Case No.  2:26-cv-1930-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff brought this section 1983 action and moved to proceed *in forma pauperis*, ECF No. 2.  His application is deficient, however.  Therein, he has written "N/A" in response to his monthly income and monthly expenses.  *Id.* at 2-3.  It may be that plaintiff has neither income nor expenses, but it behooves him to better explain his situation.  Simply writing "N/A" and leaving the rest of the application blank is insufficient to explain his financial situation.

Accordingly, it is ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED without prejudice.

2.      Within fourteen days of this order's entry plaintiff shall file a properly completed application to proceed in forma pauperis.  If he fails to do so, I will recommend that this action be

1

dismissed for failure to prosecute.

3. The Clerk of Court shall send plaintiff an application to proceed *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated:    June 22, 2026                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

2