UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BYRD, II,

    Plaintiff,

    v.

SACRAMENTO POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No.  2:26-cv-1930-JDP (P)

ORDER

On June 23, 2026, I directed plaintiff to file a completed application to proceed *in forma pauperis*.  ECF No. 4.  Pending is his request for case review and notification that he fears for his life.  ECF No. 5.  This filing, containing only a single page, requests review of camera footage relevant to his case, though it does not indicate that any footage has been provided.  *Id.*  Nor would it be appropriate, at this juncture, to weigh evidence relevant to the incident underlying his allegations.  More importantly, the filing states that plaintiff fears for his life.  *Id.*  The document provides no context, however.  Plaintiff does not explain why he fears for his life, whether defendants are the ones he fears, or what action he is requesting the court take with respect to this unidentified threat.  Accordingly, I will deny plaintiff's request.  If he requests preliminary injunctive relief, he must file a properly supported motion explaining both the nature of the threat

1

at issue and what relief he is requesting.

It is ORDERED that plaintiff's request for case review, ECF No. 5, is DENIED.

IT IS SO ORDERED.

Dated:    June 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE